Charles Kemp and Minnie E. Kemp, His Wife, Appellants, v. New York Central Railroad Company, Respondent.— Judgment affirmed, with costs. All concur, except Cunningham, J., who dissents and votes for reversal on the law and for granting a new trial, in the following memorandum: The defendant having elected to construct a culvert to carry away the surface water which accumulated upon its lands was charged with the duty of keeping such culvert in repair and free from obstructions. (*Mitchell* v. *N. Y., L. E. & W. R. R. Co.*, 36 Hun, 177; *Branson* v. *N. Y. C. & H. R. R. R. Co.*, 111 App. Div. 737.) (The judgment is for defendant in an action for property damage caused by flooding of farm land.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

Anna J. Schoellkopf, Appellant, v. The Marine Trust Company of Buffalo, Individually and as Trustee, Respondent, Walter H. Schoellkopf and Walter Horton Schoellkopf, Jr., Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur, except Dowling, J., who dissents and votes for reversal on the law and for denial of the motion of the defendant trust company and for granting of the plaintiff's and defendants' Schoellkopf motion for judgment on the pleadings. (The order grants the motion of defendant trust company to strike out certain parts of a complaint and denies motions by plaintiff and defendants Schoellkopf for judgment on the pleadings.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

Franklin G. Slagel, Appellant, v. Harry E. Huff, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the plaintiff's complaint in an action for breach of contract.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ. [166 Misc. 168.]